ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRIAN NAUMAN, individually,

Plaintiff,

vs.

MG2 CORPORATION, a foreign corporation; ROSE PAVING, LLC, a foreign corporation; KIER & WRIGHT CIVIL ENGINEERS AND SURVEYORS, INC., a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,

Defendants.

CASE NO.: 3:26-cv-00527-ART-CSD

**STIPULATION AND ORDER FOR VIRTUAL APPEARANCE AT CASE MANAGEMENT CONFERENCE**

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

1. A case management conference is currently scheduled in the above-captioned matter for October 9, 2026, at 9:00 a.m. PDT before the Honorable Craig S. Denney, United States Magistrate Judge, District of Nevada.

2. Counsel for Plaintiff, Defendants Rose Paving and MG2 Corporation are located in Las Vegas, Nevada and in-person attendance at the conference would impose substantial travel burdens and costs.

3. The parties jointly request that the Court permit all counsel and parties to appear at the case conference by remote videoconference or telephone, in lieu of in-person attendance, pursuant to the Court's authority to manage its docket and facilitate the efficient conduct of proceedings.

4. This request does not prohibit any counsel or party who wishes to appear in person for the case conference to do so.

**STIPULATION**

4. The parties stipulate and agree that:

a. All counsel and parties *may* appear at the October 9, 2026 case management conference by remote means.

b. That any counsel or party who wishes to appear in person may do so.

b. The following individuals will appear on behalf of the respective parties:

•For Plaintiff: Alison M. Brasier, Esq., Hicks & Brasier, PLLC, counsel of record for Plaintiff, Brian Nauman.

•For Defendant(s): Daniel D. Hoffman, Esq., Collins & Collins, LLP, counsel of record for Defendant MG2 CORPORATION; Stefany "Miley" Tewell, Esq, Wood, Smith, Henning & Berman LLP, counsel of record for Defendant ROSE PAVING, LLC; Brandon D. Wright, Esq., Lewis Brisbois Bisgaard & Smith, LLP, counsel of record for Defendant KIER & WRIGHT CIVIL ENGINEERS AND SURVEYORS, INC.

c. Each attorney and party representative who appears by remote means shall ensure they are connected to the virtual conference platform prior to the scheduled start time, with functioning audio and video capability.

d. All remote participants shall conduct themselves in the same manner as if appearing in person and shall be located in a quiet, professional environment during the conference.

///

///

///

///

5. The parties respectfully request that the Court enter the Proposed Order below approving the foregoing stipulation.

**IT IS SO STIPULATED.**

DATED THIS 25th day of September, 2026.

**HICKS & BRASIER, PLLC**

*/s/ Alison Brasier*
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED THIS 25th day of September, 2026.

**COLLINS & COLLINS LLP**

*/s/ Daniel Hoffman*
DANIEL D. HOFFMAN, ESQ.
Nevada Bar No. 16095
4730 S. Fort Apache Rd., Suite 370
Las Vegas, NV 89147
*Attorneys for Defendant*
*MG2 Corporation*

DATED THIS 25th day of September, 2026.

**WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Stefany Tewell*
STEFANY "MILEY" TEWELL, ESQ
Nevada Bar No. 6144
MARK F. ROACH, ESQ.
Nevada Bar No. 8237
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
*Attorneys for Rose Paving, LLC*

DATED THIS 25th day of September, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Brandon Wright*
BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 13286
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendant Kier & Wright Civil Engineers & Surveyors, Inc*

**IT IS SO ORDERED.**



United States Magistrate Judge

Dated: September 28, 2026